UNITED STATES BANRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

| | |
|---|---|
| THE AMERICAN SUNROOM CO., INC ) | |
|     Debtor ) | |
| ) | Chapter 7 |
| STEWART F. GROSSMAN, ) | Case No.: 04-41586-JBR |
|     CHAPTER 7 TRUSTEE, ) | |
|         Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES BRIEN, DEBORAH BRIEN, ) | Adversary Proceeding |
| SCOTT BRIEN, AYMSLEY BRIEN, ) | No.: 05-4041-JBR |
| And LAUREN BRIEN ) | |
|     Defendants ) | |

DEFENDANTS' MOTION IN OPPOSITION TO
ENTRY OF DEFAULT JUDGMENT

    NOW come the Defendants, James Brien, Deborah Brien, Aymsley Brien and Lauren Brien, in the above-entitled matter and move this Honorable Court to remove the default entered in this matter and restore this case to regular bankruptcy docket.

    As reasons therefore, Defendants' were unable to obtain counsel relative to these proceedings as Defendant James Brien's has been enjoined from expending any personal funds for any reason including retaining counsel to represent himself and the other Defendants in the above referenced proceedings. (See <u>Commonwealth v. James Brien</u>, Docket No.: 04-0526-E. Suffolk Superior Court)

    Defendants' further state that they will present valid defenses to all Counts alleged in the Trustee's Complaint.

    WHEREFORE, Defendants' move this Honorable Court to restore this claim to the Bankruptcy Court docket.

Respectfully submitted,
Defendants' James Brien,
Deborah Brien, Aymsley Brien
And Lauren Brien,
By their attorney,

*/s/ Henry M. Curtis*

Henry M. Curtis
Three Main Street Mercantile, Suite 4
P.O. Box 5
Eastham, MA 02642
(508) 240-5533
BBO#: 557447