UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| In re:<br>The American Sunroom Co., Inc.,<br>    Debtor. | Chapter 7<br>Case No. 04-41586-JBR |
| Stewart F. Grossman,<br>    Plaintiff,<br>v.<br>James Brien, Deborah Brie, Scott Brien,<br>Aymsley Brien, and Lauren Brien,<br>    Defendants. | Adversary Proceeding<br>Case No. 05-4041 |

## ORDER TO SHOW CAUSE

The Plaintiff is required to Show Cause in writing within fourteen (14) days why monetary sanctions should not imposed, including the reduction, denial, or disgorgement of all compensation for his failure to pay the required filing fee for filing an adversary proceeding by July 10, 2006. (Doc. 73)

Dated: July 25, 2006

By the Court,

*Joel B. Rosenthal*
Joel B. Rosenthal
United States Bankruptcy Judge